UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CIVIL ACTION NO. 17-57 (WOB-HAI)

OWEN RAY GADD                                                                           PETITIONER

VS.                                       <u>ORDER</u>

AARON SMITH, WARDEN                                         RESPONDENT

This matter is before the Court on the Recommended Disposition (Doc. 6) of the Magistrate Judge, and no objections having been filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Recommended Disposition be, and it hereby is, **adopted** as the findings of fact and conclusions of this Court; that the petitioner's motion for leave to proceed in forma pauperis (Doc. 2) be, and hereby is, **denied;** that petitioner shall pay the $5.00 fee for the filing of his petition for writ of habeas corpus, to the Clerk of Court within thirty (30) days of the filing of this Order.

This 20th day of March, 2017.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge