UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

CIVIL ACTION NO. 2017-57- WOB-HAI

OWEN RAY GADD                                           PETITIONER

VS.                          ORDER

AARON SMITH, WARDEN                                     RESPONDENT

This matter is before the Court on the Recommended Disposition (Doc. 19) of the Magistrate Judge, and having considered de novo those objections filed thereto by petitioner (Docs. 20), and the Court being sufficiently advised,

**IT IS ORDERED** that petitioner's objections to the magistrate judge's recommended disposition (Doc. 19) be, and hereby are, **overruled;** that the Recommend Disposition be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; that petitioner's petition for writ of habeas corpus (Doc. 1) be, and it hereby is, **dismissed** as untimely, without prejudice, and **stricken** from the docket of this court and that no certificate of appealability shall issue. A separate Judgment shall enter concurrently herewith.

This 13th day of October, 2017.



Signed By:
*William O. Bertelsman* WOB
United States District Judge